■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELDRED JOHNSON, JR., Appellant. [762 NYS2d 546] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38 [1979]). (Appeal from Judgment of Oneida County Court, Donalty, J.—

Murder, 1st Degree.) Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.